UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rolando Rodriguez,<br><br>Plaintiff<br><br>— against —<br><br>Credit Control Service d/b/a Credit Collection Services,<br><br>Defendant. | 17-CV-5457 (ARR) (LB)<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

Ross, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated July 10, 2018, from the Honorable Lois Bloom, United States Magistrate Judge. Judge Bloom recommended that this suit be dismissed with prejudice because "[p]laintiff has failed to pay a court[-]imposed sanction, despite being afforded repeated extensions of time to do so, and has also failed to appear at a Court-ordered conference," despite a warning that "if he failed to timely appear with counsel . . . [Judge Bloom] would recommend that his case . . . be dismissed." Report & Recommendation 1, ECF No. 26. Judge Bloom ordered that plaintiff's counsel serve this letter on his client, and counsel has filed proof of service. Certificate of Serv., ECF No. 27.

Objections were due by July 24, 2018, but no objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also, e.g.*, *Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371, 2017 WL 4838764, at

\*1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed with prejudice. The Clerk of Court is directed to close the case.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated: July 25, 2018
Brooklyn, New York